UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA J. DIPIETRO, Admin. :

VS. : C.A. No. 05-403T

ANDREW ACABBO :

## JUDGMENT

In the above-entitled cause, in accordance with F.R.C.P. 54(a) judgment shall enter in favor of Defendant ANDREW ACABBO against Plaintiff BRENDA J. DIPIETRO, Administratrix of the Estate of Daniel E. DiPietro, no interest, costs or attorney's fees.

Plaintiff Brenda J. DiPietro, Administrator
By her attorneys

March 29th, 2006

Stephen E. Breggia #2865
BREGGIA BOWEN & GRANDE
395 Smith Street, Providence, RI 02908
Telephone: (401) 831-1900
Facsimile: (401) 831-0129

Andrew Acabbo,
By his Attorneys

Scott P. Tierney #4624
THOMAS J. HUNT & ASSOCIATES
18 North Water Street, New Bedford, MA 02740
Telephone: (508) 994-7300
Facsimile: (508) 984-0755

March 20, 2006

ENTER.

Ernest C Torres, J

4/24 2006

PER ORDER:

CLERK